IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIMBERLY THOMAS,
  on behalf of C.M.D.,
  a minor,                                                       Plaintiff

v.                            4:12CV00189 JTK

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,                             Defendant

**JUDGMENT**

     Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

     IT IS SO ORDERED.

     DATED this 3rd day of May, 2013.

                                                        UNITED STATES MAGISTRATE JUDGE